UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..............................................................

UNITED STATES OF AMERICA,

               Plaintiff(s),

  -against-

AMERICAN AIRLINES, INC.,

               Defendant(s)

..............................................................

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 19 2007 ★

**ORDER OF DISCONTINUANCE**

CV-05-4254 (CBA)

AMON, J.

    It having been reported to the Court that the above action has been settled, it is

    **ORDERED** that the action is hereby discontinued without prejudice to the right to reopen the action if the settlement is not consummated.

    **SO ORDERED.**

Dated:    Brooklyn, New York
            July 18, 2007

                                    S/ C.B.A.

                                  Carol Bagley Amon
                                  United States District Judge